# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**TOM COHELEY,**

    **Plaintiff,**

**v.**                                                                            Case No: 8:19-cv-185-T-27CPT

**LENDER LEGAL SERVICES, LLC,**
**SELENE FINANCE, LP, and NICK**
**GERACI,**

    **Defendants.**
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal with Prejudice. (Dkt. 38). Defendants previously filed a stipulated Notice of Settlement. (Dkt. 36). Plaintiff seeks to voluntarily dismiss the action against all Defendants with prejudice. (Dkt. 38). Upon consideration, this cause is **DISMISSED** with prejudice. The file shall remain **CLOSED**.

**DONE AND ORDERED** this 5th day of February, 2020.

                                                  */s/ James D. Whittemore*

                                                  **JAMES D. WHITTEMORE**
                                                  **United States District Judge**

Copies to:
Counsel of Record